NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSON J. HYPOLITE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2009-5106

---

Appeal from the United States Court of Federal Claims in 08-CV-110, Judge Francis M. Allegra.

---

## ON MOTION

---

Before RADER, CLEVENGER, and DYK, *Circuit Judges.*

PER CURIAM.

## ORDER

Samson J. Hypolite moves for reconsideration of the court's order dismissing his appeal as untimely. Hypolite also moves to remand this case to the United States Court of Federal Claims and moves for various other relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

**MAY 1 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Samson J. Hypolite
Kenneth S. Kessler, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 9 2010

**JAN HORBALY**
**CLERK**